UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR A. ROJAS, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>INTERNAL REVENUE SERVICE, et al.,<br>　　　　Defendants. | Case No. 24-cv-00725-TLT<br><br>ORDER TO SHOW CAUSE RE. SERVICE PURSUANT TO FRCP 4 AND APPLICATION OF EXCEPTIONS TO THE ANTI-INJUNCTION ACT, 26 USC §7421. |

This action was filed on February 7, 2024. (Dkt. No. 1.) Pursuant to Rule 4(i)(1) and (2) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the **amended** complaint, summons, and Motion for Temporary Restraining Order and Permanent Restraining Order on Defendant, such that May 7, 2024, is the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.

To date, no proof of service has been filed. The Initial Case Management Conference (CMC), originally scheduled for May 7, 2023, **is continued to May 16, 2024**. **The Case Management Statement due by May 9, 2024. (ECF, 4.)**

**IT IS HEREBY ORDERED** that by no later than **May 9, 2024**, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant, failure to challenge the tax liability in the Tax Court, grounds for equitable relief.

Actions to enjoin the assessment and collection of taxes by the Internal Revenue Service are narrowly limited by the Anti-Injunction Act, 26 USC §7421. Plaintiff is ordered to provide the Court with an **amended complaint within 15 days (no later than March 6, 2024)** clearly stating the facts, the relief requested and the applicable exceptions to the Anti-Injunctive Act apply to this

matter. *See*, 26 U.S.C §7421(a); *Elias v. Connett*, 908, F2d 521, 523 (9th Cir. 1990).

The Court advises Plaintiffs that the district court has produced a guide for pro se litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://cand.uscourts.gov/wp-content/uploads/2020/02/Pro_Se_Handbook_2020ed_links_12-2021_MBB.pdf) or in hard copy free of charge from the Clerk's Office.

The Court further advises Plaintiffs that assistance may be available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis and will not be able to represent parties in their cases. There is no charge for this service. The Help Center's website is available at https://cand.uscourts.gov/about/court-programs/legal-help-desks/.

For the reasons stated above, the Court denies the plaintiff's application for a temporary restraining order and dismisses the complaint with leave to amend within 15 days, or no later than March 6, 2024. (ECF 1, 2) Thereafter, the plaintiff must serve all documents upon the U. S. Attorney and the Internal Revenue Service as required by FRCP 4(i)(1) and (2) no later than May 7, 2024. Failure to comply with this order will result in the matter being dismissed with prejudice.

This order resolves ECF 2.

**IT IS SO ORDERED.**

Dated: February 20, 2024

TRINA L. THOMPSON
United States District Judge